# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1758

_____

Yaya Bah,      *

     *

     Petitioner,      *

     *  Petition for Review of a Final

     v.      *  Decision of the Board of

     *  Immigration Appeals.

Alberto Gonzales, Attorney General      *

of the United States of America,      *  [UNPUBLISHED]

     *

     Respondent.      *

_____

Submitted: January 12, 2007
Filed:  March 6, 2007

_____

Before MURPHY, HANSEN, and SMITH, Circuit Judges.

_____

PER CURIAM.

YaYa Bah, a native and citizen of Gambia, petitioned for asylum and relief under the Convention Against Torture (CAT). The Immigration Judge (IJ) denied his asylum petition as untimely and his other claims as without merit. The Board of Immigration Appeals (BIA) affirmed. Bah now seeks review. We deny the petition for review.

Bah was placed in removal proceedings six months after the expiration of his temporary visa. Bah conceded that he was removable but petitioned for asylum and relief under CAT. Bah claimed political persecution because of his membership in the

United Democratic Party, Gambia's main opposition-political party. Bah also claimed that members of the controlling party confronted him twice. However, he admitted that he was not injured in either incident.

The IJ determined that Bah's petition for asylum was time barred. The IJ also found that Bah's other claims lacked credibility and denied CAT relief. The BIA affirmed.

The factual and legal basis of Bah's appeal are the same as a companion petition recently reviewed by this court in *Jallow v. Gonzales*, 472 F.3d 569 (8th Cir. 2007). For the reasons articulated in *Jallow*, we deny Bah's petition for review.

_____